FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARYN MARSEILLE LEFAVE, | No. 2:25-CV-00423-SAB |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 10. Plaintiff is represented by Karl F. Hausmann. Defendant is represented by Molly Smith.

Due to a settlement agreement, the parties request the Court dismiss the case with prejudice and without any award of attorneys' fees or costs to either party. The Court grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.     The parties' Stipulated Motion to Dismiss, ECF No. 10, is **GRANTED**.

2.     The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 11th day of August 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**